Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>**TIMOTHY RYAN ROSE,**<br>**BRIANAH SHAELYN ROSE,**<br><br>      Debtors. | Case No: 17-40182-JMM<br>Chapter 7 |

<u>RESPONSE TO TRUSTEE'S OBJECTION TO APPLICATION FOR COMPENSATION</u>

Debtors, through the undersigned attorney, file this Response to Chapter 13 Trustee's Objection to the Third Application for Compensation.

**1.**     Debtors filed their case 16 March 2017.  Dkt. No. 1.  Debtors filed a Motion to Convert 30 July 2019.  Dkt. No. 66.  Court entered its Notice of Conversion 2 August 2019.  Dkt. No. 68.  Court later entered its "Notice to Creditors and Other Parties in Interest" providing that "Pursuant to LBR 1019.1, all applications for allowance of administrative expenses in the original case, other than those of a governmental unit, shall be filed by 10/31/19."  Dkt. No. 76.  Pursuant to this order, Debtors and Counsel filed such Application for allowance of such administrative expenses.  Dkt. No. 80.

**2.**     Trustee curiously objects to the Third Application for Compensation.  Dkt. No. 87.  Trustee lacks standing in the current case, she has been discharged by the Court.  Dkt. No. 77.  Trustee seems to believe the Application for Compensation is somehow directed at her as a discharged Trustee.  Trustee apparently did not prepare her pleadings after a reasonable inquiry and review of what has occurred in Debtors' case.  The docket shows Trustee is discharged.  Dkt. No. 77.  Docket shows that administrative expenses of the previous case are to be filed by 31 October 2019.  Dkt. No. 76.  Application for Compensation is made in customary fashion after the conversion of a case to Chapter 7.

**3.**     Trustee also set the Application and Objection for hearing in Boise.  Dkt. No. 88.  Such Notice ignores the 14-day notice requirement between such Notice and the proposed hearing

date. LBR 2002.2. Trustee also ignores the fact that Jerome County is assigned by the Court to Eastern Division with hearings in Pocatello/Twin Falls.

WHEREFORE, Debtors requests the Third Application for Compensation be approved and Trustee reimburse Debtors/Counsel requiring an appearance in Boise.

DATED this 4 September 2019

      /s/ Paul Ross_____
      PAUL ROSS

## CERTIFICATE OF SERVICE

I hereby certify that on 4 September 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee, ECF
    Gary Rainsdon, ECF, Trustee
    Ryan Fawcett, ECF, attorney for Idaho Housing
    Kathleen McCallister, ECF, former Trustee

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

    NA

Via certified mail, return receipt requested, addressed as follows:

    NA

      /s/ Paul Ross_____
      PAUL ROSS